UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MICHAEL ADAMS,<br><br>                      Defendant. | **ORDER**<br><br>15 Cr. 410 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that by **9:30 a.m. on Thursday, November 14, 2019**, the Government will submit to this Court a letter, explaining its guidelines calculation for each charging instrument to which Adams pleaded. The Defendant may also make a submission by **9:30 a.m. on Thursday, November 14, 2019**, regarding the applicable guidelines calculation.

Dated: New York, New York
       November 13, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge