UNITED STATES DISTRICT COURT
SOUTHERN OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

   - AGAINST -

MICHAEL ADAMS,
                        Defendant.
--------------------------------------------------------X

**ORDER**

15 CR 410 (PGG)

**BEFORE:**

   **THE HON. PAUL G. GARDEPHE**
   **UNITED STATES DISTRICT JUDGE**
   **SOUTHERN DISTRICT OF NEW YORK**

       It appearing that: on July 9, 2015, Louis M. Freeman was appointed as counsel, pursuant to the Criminal Justice Act, via a CJA Form 30, Death Penalty Proceedings Appointment of and Authority to Pay Court Appointed Counsel, to represent Michael Adams in 15 CR 410 (LAK) [DE16]; and, it appearing Louis M. Freeman represented Michael Adams while he was facing the death penalty from 7/9/15 to 12/4/15;

       It is hereby ordered *nunc pro tunc* that Louis M. Freeman be paid the death penalty rate from 7/9/15 to 12/4/15, the date the Attorney General decided not to seek the death penalty against Michael Adams; and that Louis M. Freeman be continued as counsel at standard CJA rates from December 4, 2015, the date on which the Government indicated that it would not be seeking the death penalty against Defendant Michael Adams, until the November 30, 2020, the date Louis M. Freeman's representation ended.

DATED: New York, New York
          December 2, 2020

                                                      SO ORDERED:

                                                      _____
                                                      HON. PAUL G. GARDEPHE
                                                      UNITED STATES DISTRICT JUDGE